IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WALLACE A. GARDNER**                                                          **PETITIONER**
**ADC #110784**

v.                    **CASE NO.: 5:07CV00024 BD**

**LARRY NORRIS,**                                                                **RESPONDENT**
**Director, Arkansas Department**
**of Correction**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus, with prejudice.

IT IS SO ORDERED this 19th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE